**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 17-7419

KARL BRUCE EDWARDS,

      Plaintiff - Appellant,

    v.

MS. PROUD, Recreation Staff Officer; MR. FULLER, Unit Staff Officer; M. S. MOUBAREK, MD, Clinical Director; DR. S. MCGANN, MD; ACTING CAPTAIN LATHROP; WARDEN TIMOTHY STEWART; UNITED STATES OF AMERICA,

      Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge.  (1:16-cv-02161-GLR)

Submitted:  April 24, 2018                    Decided:  April 30, 2018

Before KING, DUNCAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Karl Bruce Edwards, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karl Bruce Edwards appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), and the Federal Tort Claims Act, 28 U.S.C.A. § 1346(b) (West Supp. 2017), 28 U.S.C. §§ 2401(b), 2671-2680 (2012). We have reviewed the record and find no reversible error. Accordingly, we deny Edwards' motion to appoint counsel and affirm for the reasons stated by the district court. *Edwards v. Proud*, No. 1:16-cv-02161-GLR (D. Md. filed Sept. 25, 2017 & entered Sept. 26, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*